# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                  CASE NO.  3:01cr78LAC

HORACE JORDAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___December 4, 2008___
Motion/Pleadings:_MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)_
Filed by _DEFENDANT PRO SE_  on _11/10/08_  Doc.# _187_

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated     ___ Joint Pldg.
___ Unopposed      ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 29th day of January, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) At sentencing, the Court held the defendant accountable for 1.99 kilograms of powder cocaine. Since Amendment 706 to the Sentencing Guidelines applies only to offenses involving cocaine base, the defendant is not eligible for any relief under this amendment.*

s/L.A. Collier

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.