UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO.  3:01cr78LAC

HORACE JORDAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on     APRIL 3, 2009
Motion/Pleadings: DEFENDANT REQUEST RECONSIDERATION OF DISTRICT JUDGE COURT DENIAL OF TITLE 18 U.S.C. § 3582(C)(2)
Filed by  DEFENDANT PRO SE       on 3/16/09       Doc.# 189

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 15th day of April, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) The records of this Court reveal that the defendant was held accountable for 1.99 kilos of powder cocaine, not crack cocaine.  He is therefore not eligible for relief under Amendment 706 as that amendment applies only to offenses involving crack cocaine and does not apply to offenses involving powder cocaine.*

s/L.A. Collier

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.