# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                              CASE NO. 3:01cr78/LC

HORACE VONCHE JORDAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    April 28, 2009
Motion/Pleadings: Motion Seeking Transcripts
Filed by Horace Vonche Jordan    on 4/27/09    Doc.# 193
RESPONSES:

                                        on                Doc.#
                                        on                Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Jean M. Davis
LC (1 OR 2)             Deputy Clerk: Jean M. Davis

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of April, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant can find the amount and type of drugs he was held accountable for in the Presentence Report.*

                                                                   s/*L.A. Collier*
                                                                   *Lacey A. Collier*
                                         *Senior United States District Judge*