UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 3:01cr78/LAC/CJK
 3:16cv300/LAC/CJK

HORACE VONCHE JORDAN,

  Defendant.
  _____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 28, 2017 (doc. 259). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Defendant's Corrected Motion to Correct Sentence under 28 U.S.C.

§ 2255, ECF No. 240, is **DENIED** to the extent he seeks relief based on the Supreme Court's decision in *Johnson* and otherwise **DISMISSED as untimely**.

3. A certificate of appealability is **DENIED**.

DONE AND ORDERED this 10th day of October, 2017.

                     *s/L.A. Collier*
                     **LACEY A. COLLIER**
                     **SENIOR UNITED STATES DISTRICT JUDGE**